**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ERIC STEWART,** | : | No. 3:18cv170 |
| **Plaintiff** | : | |
| **v.** | : | **(Judge Munley)** |
| | : | |
| **TRAVELERS INSURANCE** | : | |
| **COMPANY,** | : | |
| **Defendant** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## <u>ORDER</u>

**AND NOW**, to wit, this 20th day of September 2018, Defendant Travelers Insurance Company's motion to dismiss (Doc. 6) is hereby **GRANTED** in part and **DENIED** in part as follows:

1) The motion is **GRANTED** with respect to Counts 4 and 5 of the complaint which assert, respectively, claims for Unjust Enrichment and Breach of Fiduciary Duty.  These claims are dismissed from this action; and

2) The motion is **DENIED** in all other respects.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**