# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC STEWART | : NO.: 3:18-CV-00170 |
| Plaintiff | : |
| | : CIVIL ACTION - LAW |
| v | : |
| TRAVELERS INSURANCE COMPANY | : |
| | : JURY DEMAND |
| Defendant | : |

## ORDER

NOW, this __2nd__ day of __July_____, 2020, upon consideration of the Joint Stipulation for Dismissal Without Prejudice, the Joint Stipulation is hereby APPROVED.  It is further ORDERED that the above-captioned lawsuit is dismissed, without prejudice, pursuant to the terms of the Joint Stipulation.

BY THE COURT:

s/ *Malachy E. Mannion*
_____
J.

LEGAL/128039625.v1